# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 15, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141053-4

VICKI L. ZUNICH, Individually, as Next
Friend for CHARLES ZUNICH, a Minor, as
Next Friend for MATTHEW ZUNICH, a
Minor, and as Personal Representative of the
Estate of STEVEN J. ZUNICH, Deceased,
          Plaintiff-Appellant,

v

SC: 141053
COA: 297456
Midland CC: 02-005382-NH

MIDMICHIGAN MEDICAL CENTER-
MIDLAND, JEFFREY S. NEWMAN, M.D.,
FAMILY MEDICINE ASSOCIATES OF
MIDLAND, P.C., a/k/a FAMILY PRACTICE
ASSOCIATES OF MIDLAND, P.C.,
KENNETH M. MACKINNON, M.D.,
JAMES H. FRYE, M.D., MIDMICHIGAN
HEALTH, and FAITH D. FUENTES, M.D.,
Jointly and Severally,
          Defendants-Appellees.

_____/

VICKI L. ZUNICH, Individually, as Next
Friend for CHARLES ZUNICH, a Minor, as
Next Friend for MATTHEW ZUNICH, a
Minor, and as Personal Representative of the
Estate of STEVEN J. ZUNICH, Deceased,
          Plaintiff-Appellant,

v

SC: 141054
COA: 297457
Midland CC: 03-005843-NH

FAMILY MEDICINE ASSOCIATES OF
MIDLAND, P.C.,
          Defendant-Appellee,

JERRY L. FERRELL, M.D., and ROBERTA L.
CORBAT,
          Defendants.

_____/

On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the questions presented should be reviewed by this Court before consideration by the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2010

Clerk

y0908